IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,               )
                                        )
         Plaintiff                      )
                                        )
vs.                                     ) CASE NUMBER 15-30157-SMY-003
                                        )
JAMES D. LITCHFIELD,                    )
                                        )
         Defendant.                     )

## WARRANT FOR ARREST

TO:      The United States Marshal and any Authorized United States Officer

         YOU ARE HEREBY COMMANDED to arrest **James D. Litchfield** and bring him

forthwith to the nearest Magistrate Judge to answer an indictment charging him with Conspiracy

to Commit Wire Fraud, Conspiracy to Transport in Interstate Commerce Merchandise Taken by

Fraud, Money Laundering, and Interstate Transportation of Property Taken by Fraud, in

violation of Title 18, United States Code, Sections 1349, 371, 1956(a)(1)(B)(i), and 2315.


Justine Flanagan
Name of Issuing Officer

_____
Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $ _____

Acting Clerk of Court
Title of Issuing Officer

10/20/15   E. St Louis
Date and Location

by _____
   Name of Judicial Officer